UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE POOT,<br><br>   Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>   Defendants. | Case No. 24-cv-03618-DMR<br><br>**ORDER RE: SERVICE OF THE COMPLAINT** |

  Plaintiff Jose Poot, who is a pretrial detainee currently incarcerated at the San Francisco County Jail ("SF Jail"), filed this civil rights complaint under 42 U.S.C. § 1983. On October 28, 2024, the court granted Plaintiff's application to proceed in forma pauperis and screened the complaint pursuant to 28 U.S.C. § 1915A. [Docket Nos. 7 (Screening Order), 8.]

  In relevant part, the court dismissed Plaintiff's claims against Defendant Espinoza (first name unknown) in his official capacity for monetary damages and claims for municipal liability under *Monell v. Department of Social Services of City of New York*, 436 U.S. 658 (1978), with leave to amend. Screening Order 6. The court ordered Plaintiff to file any amended complaint by November 18, 2024 and noted that if Plaintiff chose not to file an amended complaint by that date, the court would order service of the summons and remaining claims on Espinoza and set an initial case management conference. *Id*. Plaintiff did not file an amended complaint. Accordingly, the sole remaining Defendant is Espinoza in his individual capacity. The remaining claims are 42 U.S.C. § 1983 claims for violation of the Fourteenth Amendment based on unwanted sexual contact, excessive force, and deliberate indifference to serious medical needs; and violation of the First Amendment based on retaliation.

  The Clerk shall issue summons and the United States Marshal shall serve, without

prepayment of fees, a copy of the complaint (Docket No. 1), with all attachments thereto, a copy of the Screening Order (Docket No. 7), and a copy of this order upon Defendant Espinoza. A courtesy copy of the complaint with attachments, the Screening Order, and this order shall also be mailed to the San Francisco City Attorney's Office, City Hall, Room 234, 1 Dr. Carlton B. Goodlett Place, San Francisco, CA 94102.

The court will conduct an initial case management conference on March 19, 2025 at 1:30 p.m.]. A joint CMC statement is due by March 12, 2025.

**IT IS SO ORDERED.**

Dated: November 21, 2024



Donna M. Ryu
Chief Magistrate Judge