ANDREW CHAN KIM, SBN 315331
KIM LAW OFFICE
PO Box 432
Belmont, California 94002
Telephone: (650) 339-2005
Email: chan.a.kim@gmail.com

Attorney for Plaintiff
JOSE POOT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE POOT, | ) Case No. 3:24-cv-03618-TLT |
| Plaintiff, | ) **ORDER & WRIT OF HABEAS CORPUS** |
| | ) **AD TESTIFICANDUM TO TRANSPORT** |
| vs. | ) **JOSE POOT, SFNO 668957, PLAINTIFF** |
| EBENEZER ESPINOZA, | ) |
| Defendants. | ) |

    Jose Poot, SFSO 668957, a plaintiff and necessary party in the proceedings of this case, is in the custody of the San Francisco County Sheriff's Office and imprisoned in County Jail 3 at 1 Moreland Drive, San Bruno, CA 94066.

    In order to secure Mr. Poot's attendance for an in-person settlement conference before Judge Kang, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce Mr. Poot to Courtroom F – 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102 on January 15, 2026 at 11 a.m.

//

//

ACCORDINGLY, IT IS ORDERED THAT:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the San Francisco Sheriff's Department to produce Mr. Poot, SFSO 668957, to be present before the United States District Court at the time and place above, and from 11 a.m. until completion of the settlement conference or as ordered by the court; and thereafter to return Mr. Poot to the above institution;

2. The custodian is ordered to notify the court of any change in custody of Mr. Poot and is ordered to provide the new custodian with a copy of this writ.

|   |   |
|---|---|
| 1 | **WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

TO: the San Francisco Sheriff's Office

WE COMMAND you to produce the person named above to appear before the United States District Court at the time and place above, and from 11 a.m. until the completion of the settlement conference, or as ordered by the court; and thereafter to return the person to the above institution.

FURTHER, you have been ordered to notify the court of any change in custody of the person and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: January 8, 2026

_____
Peter H. Kang
United States Magistrate Judge